UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                      :
ROGELIO LOPEZ MANZANO,                                                :
                                                                      :
                                    Plaintiff,                        :
                                                                      :
              -v-                                                     :        25 Civ. 9660 (JPC)
                                                                      :
KIPS BAY HOSPITALITY LLC, *et al.*,                                   :        ORDER
                                                                      :
                                    Defendants.                       :
                                                                      :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 23, 2025, Plaintiff filed a letter seeking to voluntarily dismiss this action without prejudice. Dkt. 14. The letter states that "Plaintiff has not reached any settlement of any sort with Defendants." *Id.* Plaintiff attached to the letter a notice of voluntary dismissal as to all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. 14, Exh. A.

Under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the district court retains jurisdiction to review and approve any settlement to ensure compliance with the Fair Labor Standards Act ("FLSA") notwithstanding the parties' joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii). The Second Circuit has held that *Cheeks* applies equally to FLSA claims that are dismissed without prejudice pursuant to under Rule 41(a)(1)(A)(i). *See Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 810 (2d Cir. 2022) ("[T]he logic of *Cheeks* as applied to Rule 41(a)(1)(A)(ii) dismissals with prejudice applies equally to Rule 41(a)(1)(A)(i) dismissals without prejudice.").

Because dismissal is not part of a settlement agreement, there is no need to engage in a *Cheeks* fairness review. *See id.* at 811 ("Had a FLSA settlement existed, the district court would then engage in a *Cheeks* fairness review, but in the absence of a settlement, the notice of dismissal

should be so-ordered.").  Accordingly, the Clerk of Court is respectfully directed to close this case.

     SO ORDERED.

Dated: December 29, 2025
      New York, New York

                                      JOHN P. CRONAN
                            United States District Judge